Jeffrey A. Milman SBN 99072
Jessica L. Wilber SBN 260548
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, CA 92618
Telephone (949) 640-8222

John J. Cord, Jr.
Robert K. Jenner
JANET, JENNER & SUGGS, LLC
1829 Reisterstown Road; Suite 320
Baltimore, Maryland  21208
Telephone: (410) 653-3200

Greg L. Laker
Jeff S. Gibson
Elizabeth J. Doepken
COHEN AND MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVIE SHERMAN,<br><br>           Plaintiffs,<br><br>     vs.<br><br>DJO INCORPORATED, a Delaware Corporation, DJO LLC, a Delaware Corporation (DONJOY), MCKINLEY MEDICAL, LLC, a Colorado Corporation, MOOG, INC., a New York Corporation; and CURLIN MEDICAL, INC., a Delaware Corporation,<br><br>           Defendants. | Case No. SACV 09-224 JVS (ANx)<br><br>The Honorable James V. Selna<br><br>**ORDER RE JOINT STIPULATION TO REMAND TO ORANGE COUNTY SUPERIOR COURT**<br><br>[Filed Concurrently with Joint Stipulation To Remand] |

/ / /

1  Based on the good cause shown and the Joint Stipulation by all parties, this matter
2  is hereby **REMANDED** to the Orange County Superior Court for all purposes and all
3  further proceedings.

**IT IS SO ORDERED.**

DATED:  November 16, 2009

By: _____
            JAMES V. SELNA
            UNITED STATES DISTRICT JUDGE